ORIGINAL

Cangco/Kani/Dowai/Teigita.mtn

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

FILED
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,        )<br>  )<br>    vs.                    )<br>  )<br>JOAQUIN DELA CRUZ CANGCO,  )<br>SIDNEY CAPELLE KANI,       )<br>KENNETH TEIGITA DOWAI and  )<br>JUAN TEIGITA,              )<br>  )<br>        Defendants.        )<br>_____) | CRIMINAL CASE NO. 00-00017<br><br>**UNITED STATES' MOTION<br>TO AMEND JUDGMENTS AND<br>ORDER** |

   COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Honorable Court for Amended Judgment of Defendants JOAQUIN DELA CRUZ CANGCO, SIDNEY CAPELLE KANI, KENNETH TEIGITA DOWAI and JUAN TEIGITA, to reflect uniformity in the joint and several restitution liability and restitution payee information.

//
//
//
//

1  Defendant JOAQUIN DELA CRUZ CANGCO's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Sidney Capelle Kani in Criminal Court No. 00-00017-002 for the amount of $6,717.00; (2) Kenneth Teigita Dowai in Criminal Court No. 00-00017-003 for the amount of $6,717.00; and (3) Juan Teigita in Criminal Court No. 00-00017-004 for the amount of $817.00.

Defendant SIDNEY CAPELLE KANI's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Joaquin Dela Cruz Cangco in Criminal Court No. 00-00017-001 for the amount of $6,717.00; (2) Kenneth Teigita Dowai in Criminal Court No. 00-00017-003 for the amount of $6,717.00; and (3) Juan Teigita in Criminal Court No. 00-00017-004 for the amount of $817.00.

Defendant KENNETH TEIGITA DOWAI's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Joaquin Dela Cruz Cangco in Criminal Court No. 00-00017-001 for the amount of $6,717.00; (2) Sidney Capelle Kani in Criminal Court No. 00-00017-002 for the amount of $6,717.00; and (3) Juan Teigita in Criminal Court No. 00-00017-004 for the amount of $817.00.

Defendant JUAN TEIGITA's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-defendants, (1) Joaquin Dela Cruz Cangco in Criminal Court No. 00-00017-001 for the amount of $817.00; (2) Sidney Capelle Kani in Criminal Court No. 00-00017-002 for the amount of $817.00; and (3) Kenneth Teigita Dowai in Criminal Court No. 00-00017-003 for the amount of $817.00.

//
//
//
//
//
//

1  Defendants JOAQUIN DELA CRUZ CANGCO, SIDNEY CAPELLE KANI,
2  KENNETH TEIGITA DOWAI and JUAN TEIGITA's amended judgments should also reflect
3  the restitution payees as, (1) MD. Ashik Elahi in the amount of $800.00; (2) Kim, You Kyoung
4  in the amount of $5,100.00; and (3) Lin Mei Huang and Chua Yeow Chue in the amount of
5  $817.00.
6  RESPECTFULLY SUBMITTED this 6th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

**O R D E R**

APPROVED and SO ORDERED this 8th day of FEBRUARY, 2006.

RECEIVED
FEB - 8 2006
Clerk
District Court
For The Northern Mariana Islands

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands

- 3 -